UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| KAREN JURISIC, | CASE NO. 10-cv-01178-KJM-KJN |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| GLOBAL CREDIT & COLLECTION CORPORATION, | |
| Defendant. | |

The Court has reviewed the Stipulation of Plaintiff KAREN JURISIC and Defendant GLOBAL CREDIT & COLLECTION CORPORATION to dismiss, with prejudice, the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

**1**

06342.00/171743

ORDER RE STIPULATION RE DISMISSAL

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FED. R.
2  CIV. P. 41(a)(1).  Each party shall bear its own costs and expenses.

**IT IS SO ORDERED:**

DATED:  February 14, 2011.

_____
UNITED STATES DISTRICT JUDGE